UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC E. ASH,<br><br>                                Plaintiff,<br><br>-against-<br><br>MAGLAN CAPITAL HOLDINGS LLC, MAGLAN CAPITAL LP, MAGLAN DISTRESSED FUND LP, DAVID D. TAWIL, SHLOMO AZARBAD and JOSEPH J. SITT,<br><br>                              Defendants. | 19-cv-05650 (PAE) |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and upon agreement of counsel for all parties, Plaintiff Isaac E. Ash hereby discontinues this action against Defendant Joseph J. Sitt only, with prejudice, and without costs to either party.

Dated:      New York, New York
              October 18, 2019

                                                      **GUSRAE KAPLAN NUSBAUM PLLC**

                                                        By: _____
                                                               Martin H. Kaplan
                                                          120 Wall Street, 25th Floor
                                                          New York, NY 10005
                                                          (212) 269-1400
                                                          mkaplan@gusraekaplan.com
                                                          *Attorneys for Plaintiff*

SCHWARTZ SLADKUS REICH
GREENBERG ATLAS LLP

By: _____
Stephen H. Orel
*Attorneys for Defendants Maglan Capital
Holdings LLC, Maglan Capital LP, Maglan
Distressed Fund LP, David D. Tawil, Shlomo
Azarbad and Joseph Sitt*
444 Madison Avenue
New York, New York 10022
Tel.: (212) 743-7048
Fax: (212) 743-7001
Email: sorel@ssrga.com

/2220580.3