UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC E. ASH,

                                   Plaintiff,                   19-cv-05650 (PAE)

            -against-

MAGLAN CAPITAL HOLDINGS LLC,
MAGLAN CAPITAL LP, MAGLAN
DISTRESSED FUND LP, DAVID D. TAWIL,
SHLOMO AZARBAD and JOSEPH J. SITT,

                                   Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and

upon agreement of counsel for all parties, Plaintiff Isaac E. Ash hereby discontinues this action

against Defendant Joseph J. Sitt only, with prejudice, and without costs to either party.

Dated:      New York, New York
            October 18, 2019


                                        GUSRAE KAPLAN NUSBAUM PLLC



                                        By:_____
                                            Martin H. Kaplan
                                            120 Wall Street, 25th Floor
                                            New York, NY 10005
                                            (212) 269-1400
                                            mkaplan@gusraekaplan.com
                                            *Attorneys for Plaintiff*

SCHWARTZ SLADKUS REICH
GREENBERG ATLAS LLP

By: _____
Stephen H. Orel
*Attorneys for Defendants Maglan Capital*
*Holdings LLC, Maglan Capital LP, Maglan*
*Distressed Fund LP, David D. Tawil, Shlomo*
*Azarbad and Joseph Sitt*
444 Madison Avenue
New York, New York 10022
Tel.: (212) 743-7048
Fax: (212) 743-7001
Email: sorel@ssrga.com

/2220580.3

10/21/19

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge