UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISAAC E. ASH,

                Plaintiff,

      - against -

MAGLAN CAPITAL HOLDINGS LLC, et al.,

               Defendants.
------------------------------------------------------------X

**ORDER**

19 CV 5650 (PAE) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for January 23, 2020, shall be held on February 5, 2020, at 2:30 p.m., in courtroom 228, 40 Centre Street, New York, New York.

Dated: New York, New York
         January 14, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE