UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC E. ASH, <br><br>         Plaintiff, <br>    -v- <br><br>MAGLAN CAPITAL HOLDINGS LLC, MAGLAN CAPITAL LP, MAGLAN DISTRESSED FUND LP, DAVID D. TAWIL, SHLOMO AZARBAD, and JOSEPH J. SITT, <br><br>         Defendants. | 19 Civ. 5650 (PAE) <br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  A case management conference is scheduled for April 28, 2020 at 9:30 a.m. Dkt. 34. That conference is rescheduled for April 28, 2020 at 10:30 a.m. Due to the current public health situation, it will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. If either party wishes to move for summary judgment, they are to file a pre-motion letter no later than 14 days following the close of fact discovery, in accordance with Rule 3.H of the Court's Individual Rules.

  SO ORDERED.

                        *Paul A. Engelmayer*
                        PAUL A. ENGELMAYER
                        United States District Judge

Dated: March 27, 2020
   New York, New York