UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISAAC E. ASH,

                    Plaintiff,

         - against -                            **ORDER**

MAGLAN CAPITAL HOLDINGS LLC, et al.,        19 CV 5650 (PAE) (KNF)

                    Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for September 24, 2020, shall be held on October 7, 2020, at 2:30 p.m.

Dated:  New York, New York
          July 20, 2020                  SO ORDERED:

                                                   *Kevin Nathaniel Fox*
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE