UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISAAC E. ASH,

                      Plaintiff,

       - against -                                    **ORDER**

MAGLAN CAPITAL HOLDINGS LLC, et al.,          19 CV 5650 (PAE) (KNF)

                    Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for October 7, 2020, shall be held on October 5, 2020, at 2:30 p.m.

Dated:  New York, New York
           September 16, 2020                 SO ORDERED:

                                                              _/s/ Kevin Nathaniel Fox_
                                                              KEVIN NATHANIEL FOX
                                                              UNITED STATES MAGISTRATE JUDGE