UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC E. ASH,

                              Plaintiff,

         -v-

MAGLAN CAPITAL HOLDINGS LLC, MAGLAN CAPITAL LP, MAGLAN DISTRESSED FUND LP, DAVID D. TAWIL, SHLOMO AZARBAD, and JOSEPH J. SITT,

                            Defendants.

19 Civ. 5650 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      In light of the parties' upcoming settlement conference with Judge Fox, the case management conference presently scheduled for October 29, 2020 at 10:30 a.m. is rescheduled to November 6, 2020 at 2:00 p.m.

      SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: October 23, 2020
           New York, New York