UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC E. ASH,

                              Plaintiff,

           -v-

MAGLAN CAPITAL HOLDINGS LLC, MAGLAN CAPITAL LP, MAGLAN DISTRESSED FUND LP, DAVID D. TAWIL, SHLOMO AZARBAD, and JOSEPH J. SITT,

                              Defendants.

19 Civ. 5650 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      A bench trial in this case, conducted via remote video technology, is scheduled for April 20-23, 2021.  This order sets deadlines for the parties' pretrial submissions.

      The parties' Joint Pretrial Order is due March 16, 2021.  By that date, the parties shall submit a Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices governing bench trials, available at https://nysd.uscourts.gov/hon-paul-engelmayer, and Federal Rule of Civil Procedure 26(a)(3).  As reflected in the Court's order of February 16, 2021, Dkt. 61, the Court will receive witness testimony live, rather than receiving the direct testimony of party witnesses by declaration.  There is, accordingly, no need to submit such declarations as part of the Joint Pretrial Order.

      Any motions *in limine* must be filed by March 16, 2021.  Any oppositions to motions in *limine* are due March 23, 2021.  Proposed findings of fact and conclusions of law should be submitted with the Joint Pretrial Order.

      The Court schedules a final pretrial telephonic conference for April 5, 2021 at 3 p.m.  The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter

Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 24, 2021
New York, New York