UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC E. ASH,<br><br>                              Plaintiff,<br>            -v-<br><br>MAGLAN CAPITAL HOLDINGS LLC, MAGLAN CAPITAL LP, MAGLAN DISTRESSED FUND LP, DAVID D. TAWIL, SHLOMO AZARBAD, and JOSEPH J. SITT,<br><br>                              Defendants. | 19 Civ. 5650 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the final telephonic conference currently scheduled for April 5, 2021 at 3:00 p.m. is rescheduled for April 6, 2021 at 2:00 p.m. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 25, 2021
       New York, New York