**GUSRAE KAPLAN NUSBAUM PLLC**
ATTORNEYS AT LAW

| | | |
|---|---|---|
| | **120 WALL STREET 25TH FLOOR** | OF COUNSEL |
| | **NEW YORK, NEW YORK 10005** | ROBERT L. BLESSEY |
| SCOTT H. GOLDSTEIN | | HOWARD F. MULLIGAN |
| MARTIN H. KAPLAN | TEL (212)269-1400 | |
| LAWRENCE G. NUSBAUM | FAX (212)809-4147 | |
| RYAN J. WHALEN | | |
| | www.gusraekaplan.com | |

March 26, 2021

**VIA ECF**
The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
Courtroom 1305
40 Foley Square
New York, New York 10007

     RE: <u>Ash v. Maglan Capital Holdings LLC et al.</u>, 19-cv-5650

Dear Judge Engelmayer:

     We represent Plaintiff Isaac Ash and write jointly with Defendants to advise Your Honor that the Parties have agreed to terms that would settle the above-captioned action in its entirety. Accordingly, the Parties respectfully request that all deadlines, including this Monday's deadline to file the joint pretrial order and motions in limine, be extended by one week to give the Parties the opportunity to memorialize the settlement and file a notice of dismissal with the Court.

                                          Respectfully submitted,

                                          /s/ Ryan J. Whalen
                                          Ryan J. Whalen
                                          Kari Parks
                                          GUSRAE KAPLAN NUSBAUM PLLC
                                          120 Wall Street
                                          New York, New York 10005
                                          rwhalen@gusraekaplan.com
                                          kparks@gusraekaplan.com

                                          *Attorneys for Plaintiff Kay Johnson*

cc: All counsel of record (via ECF)

The Court extends the deadline for the filing of a joint pretrial order and for opening motions *in limine* by one week, until April 5, 2021, and the deadline for oppositions to motions *in limine* until April 7, 2021.  These deadlines will not be further extended. That is because, in the event that the parties do not complete the process of settlement, the trial in this case must and will go forward on the dates the Court has set aside (April 20-23).  Counsel are therefore advised to complete the settlement process, and submit a stipulation of discontinuance, on or before April 5, 2021.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

March 26, 2021