UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISAAC E. ASH,

       Plaintiff,

       -against-                                        19-cv-5650

MAGLAN CAPITAL HOLDINGS LLC,
MAGLAN CAPITAL LP, MAGLAN DISTRESSED
FUND LP, DAVID D. TAWIL, SHLOMO
AZARBAD and JOSEPH SITT,

       Defendants.
-----------------------------------------------------------------X

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to a settlement agreement between Plaintiff Isaac Ash ("Plaintiff") and Defendants Maglan Capital Holdings LLC, Maglan Capital LP, Maglan Distressed Fund LP, David D. Tawil and Shlomo Azarbad ("Defendants")(collectively, the "Parties"), the Parties, by their respective attorneys and under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned action is dismissed with prejudice. The Parties further stipulate that each party shall bear its own attorneys' fees, costs, and expenses.

Dated: New York, New York
         April 2, 2021

**GUSRAE KAPLAN NUSBAUM PLLC**

_____
Ryan J. Whalen
120 Wall Street, 25th Floor
New York, New York 10005
Tel: (212) 269-1400
Fax: (212) 809-4147
Email: rwhalen@gusraekaplan.com
*Attorneys for Plaintiff*

**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP**

_____
Stephen H. Orel
444 Madison Avenue
New York, New York 10022
Tel: (212) 743-7000
Fax: 212-743-7001
Email: sorel@ssrga.com
*Attorneys for Defendants*