UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISAAC E. ASH,

    Plaintiff,

    -against-

MAGLAN CAPITAL HOLDINGS LLC,
MAGLAN CAPITAL LP, MAGLAN DISTRESSED
FUND LP, DAVID D. TAWIL, SHLOMO
AZARBAD and JOSEPH SITT,

    Defendants.

-----------------------------------------------------------------X

19-cv-5650

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to a settlement agreement between Plaintiff Isaac Ash ("Plaintiff") and Defendants Maglan Capital Holdings LLC, Maglan Capital LP, Maglan Distressed Fund LP, David D. Tawil and Shlomo Azarbad ("Defendants")(collectively, the "Parties"), the Parties, by their respective attorneys and under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned action is dismissed with prejudice. The Parties further stipulate that each party shall bear its own attorneys' fees, costs, and expenses.

Dated: New York, New York
       April 2, 2021

| | |
|---|---|
| **GUSRAE KAPLAN NUSBAUM PLLC** | **SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP** |
| _____ | _____ |
| Ryan J. Whalen | Stephen H. Orel |
| 120 Wall Street, 25th Floor | 444 Madison Avenue |
| New York, New York 10005 | New York, New York 10022 |
| Tel: (212) 269-1400 | Tel: (212) 743-7000 |
| Fax: (212) 809-4147 | Fax: 212-743-7001 |
| Email: rwhalen@gusraekaplan.com | Email: sorel@ssrga.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

April 6, 2021